**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Norma L. Hawk,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jo Anne B. Barnhart,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CV 02-0544-PHX-PGR<br><br>**O R D E R** |
|---|---|

　　　The Court, having considered defendant's Motion for Enlargement of Time Within Which to File a Responsive Pleading (Second Request), and no objection from plaintiff and good cause appearing,

　　　IT IS ORDERED granting defendant's motion and extending the time within which defendant may respond to plaintiff's Application for Attorney's Fees to and including November 14, 2005.

　　　DATED this the 12th day of October, 2005.

_____
Paul G. Rosenblatt
United States District Judge