**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Norma Hawk, | ) | CV 02-0544-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Social Security Administration, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On September 29, 2005, the Ninth Circuit Court of Appeals issued an amended mandate (Doc. 53) awarding appellant Norma Hawk attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) in the amount of $ 8,930.90 against the Defendant Social Security Administration. Furthermore, the appellant's request to transfer the fee request to the District Court was denied as moot. Accordingly, this matter is no longer subject to a decision by this Court.

DATED this 13th day of October, 2005.

Paul G. Rosenblatt
United States District Judge