**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Norma L. Hawk,<br>　　　　Plaintiff,<br>　v.<br>Jo Anne B. Barnhart,<br>Commissioner of Social Security,<br>　　　　Defendant. | CIV-02-0544 PHX-PGR<br>**ORDER** |

The Court, having considered Defendant's Motion to Hold Briefing Schedule in Abeyance (Doc. 59), and good cause appearing,

IT IS ORDERED granting Defendant's motion and holding the EAJA briefing schedule in abeyance until the Ninth Circuit has ruled on the Defendant's motion for reconsideration.

DATED this 20th day of December, 2005.

_____
Paul G. Rosenblatt
United States District Judge