UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Norma L. Hawk,<br><br>    Plaintiff,<br><br>  v.<br><br>Jo Anne B. Barnhart, Commissioner of Social Security,<br><br>    Defendant. | CV-02-0544-PHX-PGR<br><br>**O R D E R** |

    The Court, having considered defendant's Motion for Enlargement of Time Within Which to File a Responsive Pleading (Fifth Request), and good cause appearing,

    IT IS ORDERED granting defendant's motion and extending the time within which defendant may respond to plaintiff's EAJA fee petition to and including August 14, 2006.

    DATED this 11th day of July, 2006.

*[signature]*
Paul G. Rosenblatt
United States District Judge