UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Norma Hawk,<br><br>    Plaintiff,<br><br>    vs.<br><br>JoAnne Barnhart,<br><br>Commissioner of Social Security<br><br>    Defendant | NO. CIV-02-544-PHX-PGR<br><br>ORDER |

The Court, having considered plaintiff's Motion for Extension of Time Within Which to file her Reply to Defendant's Response to Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (second request), and good cause appearing,

IT IS ORDERED granting plaintiff's motion and extending the time within which plaintiff may file her Reply to and including the 5th day of October 2006.

DATED this 26th day of September, 2006.

Paul G. Rosenblatt
United States District Judge

-1-